UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DANIEL C. PORTEE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | No. 3:02cv0692 AS |
| ) | |
| JOHN R. VANNATTA, ) | |
| ) | |
| Respondent ) | |

*MEMORANDUM AND ORDER*

On September 26, 2002, *pro se* petitioner, Daniel C. Portee, an inmate at the Miami Correctional Facility (MCF) in Bunker Hill, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The Response filed on behalf of the respondent by the Attorney General of Indiana on May 8, 2003, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. He was the subject of a prison disciplinary proceeding, case number WCC 02-04-0778, in which he was sanctioned for a deprivation of 90 days earned time credit and 30 days of disciplinary segregation. The disciplinary segregation does not implicate a liberty interest in this case under *Sandin v. Conner*, 515 U.S. 472 (1995). The 90-day earned credit time implicates *Wolff v. McDonnell*, 418 U.S. 539 (1974). In April, 2002, this petitioner was charged as a habitual conduct rule violator for having been found guilty of four or more

23

Class A, B, or C rule violations involving unrelated incidents within the previous six months. There has been compliance here with the procedural demands of *Wolff*, and the evidence here is sufficient under *Superintendent, Mass. Corr. Institution at Walpole v. Hill*, 472 U.S. 445 (1985), and under the "some evidence" test applicable in this circuit. *See Webb v. Anderson*, 224 F.3d 649 (7th Cir. 2000), *cert. denied*, 2000 WL 1512783 (U.S.), *McPherson v. McBride*, 188 F.3d 784 (7th Cir. 1999), and *Meeks v. McBride*, 81 F.3d 717 (7th Cir. 1996). This Court does not bottom any decision here under harmless error.

There is a filing made by this petitioner on November 19, 2002, which basically asks this Court to grant relief under 28 U.S.C. §2254. There is no basis for that relief shown here by this petitioner, and, thus, the petition is now considered and **DENIED. IT IS SO ORDERED.**

**DATED:** June 13, 2003

s/Allen Sharp
_____
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**